UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NUMBER 3:97-CR-00007RM |
| | ) | |
| SAM STANCIEL (07) | ) | |

OPINION AND ORDER

Because the presentence report in this case reflects the defendant's statement that he had never used any controlled substances in his life, the court declines the defendant's request to recommend his participation in the Bureau of Prisons' 500-hour residential drug treatment program.

SO ORDERED.

ENTERED:  May 31, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc: S. Stanciel